[No. 51311-7-I.   Division One.   December 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN WOODS
GRAYSON, *Appellant*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 01-1-00275-1, Michael F. Moynihan,
J., entered October 24, 2003. *Affirmed* by unpublished
opinion per Baker, J., concurred in by Cox, A.C.J., and
Kennedy, J.


[No. 51346-0-I.   Division One.   December 8, 2003.]

DZIGITA M. KADZIUTE, *Appellant*, v. ALLSTATE INSURANCE
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 00-2-17425-0, Bruce W. Hilyer, J., entered
October 11, 2002. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Cox, A.C.J., and Kennedy, J.


[No. 19453-1-III.   Division Three.   December 9, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v.
DARIN F. WILLIAMS, *Respondent*.

Appeal from a judgment of the Superior Court for Benton
County, No. 99-1-00500-1, Carolyn A. Brown, J., entered
July 14, 2000. *Reversed* by unpublished opinion per Brown,
C.J., concurred in by Schultheis and Kato, JJ.


[No. 21247-5-III.   Division Three.   December 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
ANTHONY D. PLY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 99-1-02130-0, Heather K. Van Nuys, J., entered
June 18, 2002. *Affirmed in part* and *remanded* by unpub-
lished opinion per Kato, A.C.J., concurred in by Schultheis
and Kurtz, JJ.